IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WAYNE W. TUCKER,

     Appellant,

v.

JULIE L. JONES, SECRETARY,
FLORIDA DEPARTMENT OF
CORRECTIONS,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-1579

Opinion filed January 6, 2015.

An appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

Wayne W. Tucker, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Tammy Metcalf, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

PADOVANO, CLARK, and MARSTILLER, JJ., CONCUR.